# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MYTH CLOTHING COMPANY, INC., a New York Corporation, individually, and doing business as "Live 4 Truth"; BURLINGTON COAT FACTORY DIRECT CORPORATION, a New Jersey Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:17-cv-04105-SS<br>*Hon. Suzanne H. Segal Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: 10/24/17    By: _____/S/_____
                      HONORABLE SUZANNE H. SEGAL
                      U.S. MAGISTRATE JUDGE